■ PRINCE v CITY OF NEW YORK. (And a Third-Party Action.) [595 NYS2d 313] —Upon the Court's own motion, as indicated, third-party plaintiff-respondent granted leave to appeal to Court of Appeals. (See, Prince v City of New York, 189 AD2d 33 [decided herewith].) Concur—Milonas, J. P., Ross, Asch and Rubin, JJ.